IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WELTON WATSON                                                                                      PLAINTIFF

V.                                         CIVIL NO. 4:15-cv-04017

SHERIFF RON STOVALL;
SOUTHERN HEALTH PARTNERS;
and WARDEN MARTY BRAZELL                                                                 DEFENDANTS

### ORDER

This case is scheduled for a hearing on Defendants' Summary Judgment Motion on Tuesday, December 8, 2015 at 1:00 p.m at 500 North Stateline Avenue, Third Floor Courtroom, Texarkana, Arkansas. While Plaintiff was originally expected to appear by video conference, he is no longer incarcerated and will now appear at the hearing in person.

Plaintiff is advised he is responsible for his own transportation to the hearing on December 8, 2015. Additionally, Plaintiff may bring any exhibits to the hearing that he would like considered in connection with his response to the Motion for Summary Judgment. Plaintiff is reminded this is his only opportunity to present evidence in response to Defendants' Motion for Summary Judgment.

**Plaintiff is further advised that failure to appear at the hearing on December 8, 2015 will subject this matter to dismissal.**

**IT IS SO ORDERED** this **3rd day of December 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE