IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WELTON WATSON                                                                                      PLAINTIFF

v.                                              Case No. 4:15-cv-04017

SHERIFF RON STOVALL;
SOUTHERN HEALTH PARTNERS;
and WARDEN MARTY BRAZELL                                                          DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed December 23, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 48).  Judge Bryant recommends Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter.  He also recommends Defendants' Motions for Summary Judgment (ECF Nos. 13, 28) be terminated.

  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.  All other pending motions are denied as moot.

  **IT IS SO ORDERED**, this 19th day of January, 2016.

                /s/ Susan O. Hickey
                Susan O. Hickey
                United States District Judge